IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE STANDARD FIRE INSURANCE CO.
a/s/o Julie Newcomb,

                Plaintiff,

   v.

ELECTROLUX HOME PRODUCTS, INC.,

                Defendant.

ORDER

08-cv-540-slc

---

      Attached for the parties' consideration the this afternoon's final pretrial conference are the court's draft of the voir dire questions, the introductory and liability jury instructions and the verdict forms.

      Entered this 18th day of February, 2010.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge